## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**REGINA JOHNSON, individually and on**　　　　　　　　　　　**PLAINTIFF**
**behalf of all similarly situated persons**

**V.**　　　　　　　　　　　　　　　　　　　　　　**NO: 4:21CV62-M-V**

**THE UNIVERSITY OF MISSISSIPPI and**　　　　　　　　　**DEFENDANTS**
**CLAY JONES, individually and in his**
**capacity as Director of Human Resources**

### ORDER OF RECUSAL

The undersigned hereby RECUSES himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

**IT IS HEREBY ORDERED,** this, the 17th day of May, 2021.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**