

**UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI**

**DAVID CREWS
CLERK**

203 Gilmore Drive
Amory, MS   38821

Telephone:   (662) 369-4952

911 Jackson Avenue, Suite 369
Oxford, MS   38655
Telephone: (662) 234-1971

305 Main Street, Suite 329
Post Office Box 190
Greenville, MS   38701

July 13, 2021

Regina Johnson

v.                                                                         Case No. 4:21cv62-DMB-JMV

University of Mississippi, et al


   **PLEASE TAKE NOTICE** that the court file does not show that a summons has been served on the following party(ies):

>   University of Mississippi
>   Clay Jones


                                                  DAVID CREWS, CLERK

                                    By:     s/ Jennifer L. Adams
                                            Deputy Clerk/Case Manager