**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

REGINA JOHNSON, ON BEHALF OF HERSELF
INDIVIDUALLY AND ON BEHALF OF ALL
SIMILARLY SITUATED PERSONS                          PLAINTIFF

V.                                 CIVIL ACTION NO. 4:21-cv-00062-DMB-JMV

UNIVERSITY OF MISSISSIPPI AND
CLAY JONES, Individually and in His
Capacity as Director of Human Resources                       DEFENDANTS

## **ORDER**

Defendants University of Mississippi and Clay Jones have moved to dismiss certain of the claims asserted against them in the above-styled case on several grounds, including Eleventh Amendment immunity and qualified immunity.

Under Local Uniform Civil Rule 16(b)(3)(B), "[f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." Consequently, the attorney conference, disclosure requirements, and all discovery are stayed pending briefing and ruling on Defendants' Motion to Dismiss [Doc. 7]. Counsel are directed to notify the undersigned within seven days of a ruling on the Motion to Dismiss.

**SO ORDERED,** this the 11th day of August, 2021.

                                                   /s/ David A. Sanders
                                                   U.S. MAGISTRATE JUDGE

SUBMITTED BY:

Paul B. Watkins, Jr., Esq.
MAYO MALLETTE PLLC
5 University Office Park
2094 Old Taylor Road
Post Office Box 1456
Oxford, Mississippi 38655
Tel: (662) 236-0055
Fax: (662) 236-0035
pwatkins@mayomallette.com
*Counsel for these Defendants*